IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES WEAVER, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-09-045-FHS |
| | ) | |
| SENTRY INSURANCE A MUTUAL COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER FOR DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties, the above referenced case is hereby dismissed with prejudice with each party bearing its own costs and attorney fees.

DATED this 19th day of November, 2009.

Frank H. Seay
United States District Judge